# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3098

_____

Henry J. Maxwell, Jr.,

      Appellant,

v.

Tyson Foods, Inc.

      Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Eastern
\*  District of Arkansas.
\*
\*       [UNPUBLISHED]
\*

_____

Submitted:  July 1, 2002

Filed:  July 5, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Henry J. Maxwell, Jr., appeals from the district court's[1] judgment, issued following a bench trial, in favor of Tyson Foods, Inc., in his employment-discrimination action brought under Title VII, 42 U.S.C. §§ 2000e to 2000e-17. Having carefully reviewed the record and the parties' submissions on appeal, we affirm. See 8th Cir. R. 47B. We deny Mr. Maxwell's pending motions.

_____

[1]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.